**Terrell Jamar REED, Petitioner,**

v.

**STATE of Florida, Respondent.**

**No. 1D16–1814.**

District Court of Appeal of Florida, First District.

Oct. 26, 2016.

Terrell Jamar Reed, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Virginia Harris, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ., concur.

**Gualberto Sanchez QUINTANA, Appellant,**

v.

**STATE of Florida, Appellee.**

**No. 1D16–2413.**

District Court of Appeal of Florida, First District.

Oct. 25, 2016.

Gualberto Sanchez Quintana, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED. This Court retains jurisdiction to address the imposition of sanctions.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., concur.